IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

James Hamilton                              *
**Plaintiff(s)**
                                            *     Case No.: 1:15-CV-02142-JKB
v.
                                            *
William L. Pallozzi, et al.
**Defendant(s)**                             *

******

**MOTION FOR ADMISSION *PRO HAC VICE***

I, Cary J. Hansel, am a member in good standing of the bar of this Court.

My bar number is 14722     I am moving the admission of Alan Gura

_____to appear *pro hac vice* in this case as

counsel for Plaintiff James Hamilton.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| California, Dec. 1, 1995 | Please see attached |
| D.C, Jan. 6, 1997 | for full list |
| Virginia, Nov. 4, 2004 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court  0  times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.     The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.     **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9.     We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Cary J. Hansel | /s/ Alan Gura |
| Signature | Signature |
| Cary J. Hansel | Alan Gura |
| Printed Name | Printed Name |
| Hansel Law, P.C. | Gura & Possessky PLLC |
| Firm | Firm |
| 2514 N. Charles St. | 105 Oronoco Street, Ste 305 |
| Address | Address |
| Baltimore, MD 21218 | Alexandria, VA 22314 |
| City, State, Zip Code | City, State, Zip Code |
| 301.461.1040 | 703.835.9085 |
| Telephone Number | Telephone Number |
| 443.451.8606 | 703.997.7665 |
| Fax Number | Fax Number |
| cary@hansellaw.com | alan@gurapossessky.com |
| Email Address | Email Address |