## BAR ADMISSIONS

United States Supreme Court			January 10, 2000

State Bars:

    California Supreme Court			December 1, 1995
    District of Columbia Ct. of Appeals		January 6, 1997
    Virginia Supreme Court			November 4, 2004

United States Courts of Appeal:

    District of Columbia Circuit		April 17, 2001
    First Circuit				July 18, 2011		Bar No. 1148005
    Second Circuit				August 9, 2011
    Third Circuit				November 16, 2011
    Fourth Circuit				March 1, 2001
    Fifth Circuit				October 24, 2007
    Sixth Circuit				May 14, 2007
    Seventh Circuit				December 19, 2008
    Ninth Circuit				November 6, 1997
    Tenth Circuit				January 23, 2012
    Eleventh Circuit				June 14, 2001
    Federal Circuit				May 17, 2007

United States District Courts:

    Central District of California		March 1, 1996
    Southern District of California		October 9, 1997
    Northern District of California		November 26, 1997
    Eastern District of California		October 24, 2000
    District of Columbia			March 1, 1999
    Eastern District of Virginia		December 9, 2005
    Western District of Michigan		January 31, 2011
    Western District of New York		June 3, 2011