## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
#### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk                                    Reply to Northern Division Address
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

August 28, 2015

                                                                1:15−cv−02142−JKB
                                                                Hamilton v Pallozzi et al

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Alan Gura. Upon reviewing the motion, we noticed the signature of the attorney(s) checked below was incorrect:

[ ]   Movant

[x]   Proposed admittee

Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)

To file a revised motion without paying the fee a second time, please do the following:
      1. Go to the Court's website at www.mdd.uscourts.gov
         to obtain the Motion for Admission Pro Hac Vice form.
      2. Prepare the motion with all required information.
      3. Refile the motion using the event, "Pro Hac Vice − Corrected."

When the new motion is received, it will be reviewed and a ruling will be issued. In the meantime, the existing motion will be terminated and marked "Filed in error."

                                                      Very truly yours,

                                                      _____/s/_____
                                                    Felicia C. Cannon
                                                    Clerk, U.S. District Court
                                                    District of Maryland
                                                    prepared by: B. Ulander

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**