IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| JAMES HAMILTON | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.  JKB 15-2142 |
| WILLIAM L. PALLOZZI, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the accompanying memorandum, Defendants William L. Pallozzi, Secretary of the Maryland Department of State Police, and Brian E. Frosh, Attorney General of Maryland State of Maryland, move to dismiss the complaint in this action, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted.

A proposed order is attached.

                Respectfully submitted,

                BRIAN E. FROSH
                Attorney General of Maryland

                and

/s/
_____
MARK H. BOWEN (Fed. Bar # 10197)
Assistant Attorney General
1201 Reisterstown Road
Baltimore, Maryland 21208
410-653-4226 (tel.); 410-653-4270 (fax)
mark.bowen@maryland.gov

Dated: October 6, 2015          Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| **JAMES HAMILTON** | * | |
| **Plaintiff,** | * | |
| v. | * | **Civil Case No.  JKB 15-2142** |
| **WILLIAM L. PALLOZZI, et al.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is, this _____ day of _____ 2015, by the United States District Court for the District of Maryland:

ORDERED that the Defendants' motion to dismiss is GRANTED; and it is further

ORDERED that the Complaint is DISMISSED.

_____
James K. Bredar
United States District Judge