IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

James Hamilton
**Plaintiff(s)**

v.

William L. Pallozzi, et al.
**Defendant(s)**

Case No.: 1:15-CV-02142-JKB

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Cary J. Hansel, am a member in good standing of the bar of this Court. My bar number is _____. I am moving the admission of Alan Gura _____ to appear *pro hac vice* in this case as counsel for Plaintiff James Hamilton.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| California, Dec. 1, 1995 | Please see attached |
| D.C, Jan. 6, 1997 | for full list |
| Virginia, Nov. 4, 2004 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Cary J. Hansel | [signature] |
| Signature | Signature |
| Cary J. Hansel | Alan Gura |
| Printed Name | Printed Name |
| Hansel Law, P.C. | Gura & Possessky PLLC |
| Firm | Firm |
| 2514 N. Charles St. | 105 Oronoco Street, Ste 305 |
| Address | Address |
| Baltimore, MD 21218 | Alexandria, VA 22314 |
| City, State, Zip Code | City, State, Zip Code |
| 301.461.1040 | 703.835.9085 |
| Telephone Number | Telephone Number |
| 443.451.8606 | 703.997.7665 |
| Fax Number | Fax Number |
| cary@hansellaw.com | alan@gurapossessky.com |
| Email Address | Email Address |

## BAR ADMISSIONS

United States Supreme Court                January 10, 2000

State Bars:

    California Supreme Court                December 1, 1995
    District of Columbia Ct. of Appeals     January 6, 1997
    Virginia Supreme Court                  November 4, 2004

United States Courts of Appeal:

    District of Columbia Circuit            April 17, 2001
    First Circuit                           July 18, 2011        Bar No. 1148005
    Second Circuit                          August 9, 2011
    Third Circuit                           November 16, 2011
    Fourth Circuit                          March 1, 2001
    Fifth Circuit                           October 24, 2007
    Sixth Circuit                           May 14, 2007
    Seventh Circuit                         December 19, 2008
    Ninth Circuit                           November 6, 1997
    Tenth Circuit                           January 23, 2012
    Eleventh Circuit                        June 14, 2001
    Federal Circuit                         May 17, 2007

United States District Courts:

    Central District of California          March 1, 1996
    Southern District of California         October 9, 1997
    Northern District of California         November 26, 1997
    Eastern District of California          October 24, 2000
    District of Columbia                    March 1, 1999
    Eastern District of Virginia            December 9, 2005
    Western District of Michigan            January 31, 2011
    Western District of New York            June 3, 2011