IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM L. PALLOZZI, et al.,<br><br>    Defendants. | Case. No. 1:15-CV-2142-JKB |

[PROPOSED] ORDER

This matter came before the Court on Defendants' motion to dismiss.

The motion is denied.

SO ORDERED.

This the ___ day of _____, 2015

_____
The Hon. James K. Bredar
United States District Judge