IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, | ) Case. No. 1:15-CV-2142-JKB |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM L. PALLOZZI, et al., | ) |
| Defendants. | ) |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes Plaintiff James Hamilton, by and through undersigned counsel, and moves for summary judgment in his favor and against Defendants pursuant to Fed. R. Civ. P. 56.

Dated: October 26, 2015

Respectfully submitted,

By: /s/ Alan Gura
Alan Gura*
Gura & Possessky, PLLC
105 Oronoco Street, Suite 305
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665
alan@gurapossessky.com

By: /s/ Cary J. Hansel
Cary J. Hansel
Hansel Law, P.C.
2514 N. Charles Street
Baltimore, MD 21218
301.461.1040/Fax 443.451.8606
cary@hansellaw.com

*Admitted pro hac vice

Attorneys for Plaintiff