IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, | ) Case. No. 1:15-CV-2142-JKB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM L. PALLOZZI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF JAMES HAMILTON

I, James Hamilton, declare:

1.      I am an American citizen residing in Maryland.

2.      I am over the age of 21 and not under indictment. I have never been convicted of a misdemeanor crime of domestic violence, any other crime of violence, or any common law crime for which I received a sentence exceeding two years imprisonment.

3.      I am not a fugitive from justice, habitual drunkard, or an unlawful user of or addicted to any controlled substance.

4.      I have not been adjudicated a mental defective or committed to a mental institution, nor have I been voluntarily admitted to a mental institution. I do not suffer from any mental disorder, nor have I ever been found incompetent to stand trial or not criminally responsible by reason of insanity.

5.      I have not been discharged from the Armed Forces under dishonorable conditions, have never renounced my citizenship, and have never been the subject of a restraining order relating to an intimate partner.

1

6.      Several years ago, I had sold an ATV to an individual who could not pay me in full, but offered to pay his debt by buying me things. I agreed to let him buy me a laptop on a stolen credit card. As a result, On November 6, 2006, I was convicted by the Rockbridge County (Virginia) Circuit Court of three felonies: one count of credit card fraud, in violation of Va. Code Ann. § 18.2-195; one count of credit card theft, in violation of Va. Code Ann. § 18.2-192; and one count of credit card forgery, Va. Code Ann. § 18.2-193. As a result of this conviction, I received a suspended sentence of four years, and was ordered to pay $1,247.90 in restitution and $1,090.00 in court costs. Exhibit A is a true and correct copy (less redacted personal information) of the Circuit Court's statement of fine and/or costs, and sentencing order.

7.      I successfully completed probation, made restitution, and paid these costs. But owing to this conviction, I lost my political rights in Virginia: the rights to vote; hold public office; sit on a jury; serve as a notary; and ship, transport, possess or receive firearms.

8.      On November 20, 2013, the Governor of Virginia restored my rights to vote, hold public office, sit on a jury, and serve as a notary. Exhibit B is a true and correct copy of the Governor's order.

9.      On April 22, 2014, the Circuit Court for Spotsylvania County, Virginia, restored my firearms rights under Virginia law. Exhibit C is a true and correct copy of that order.

10.     I am now a registered Armed Security Officer with the Virginia Department of Criminal Justice Services, certified in the use of handguns and shotguns. Exhibit D is a true and correct copy of my various certifications with the Virginia Department of Criminal Justice.

11.     I have been happily married for over seven years. At the time the complaint was filed, three of my children were living at home with my wife and me, although one has recently

2

moved out. I continue to support, and be involved in the lives of, all my children, including those from my first marriage.

12.     I serve as the head coach of an elite junior league wrestling team, supervising the training, competition, and travel of children ages five through sixteen.

13.     I have never engaged in any violent conduct.

14.     I intend to possess a handgun and a long gun to defend myself and my family at home. Prior to obtaining any firearms, I sought a permit to carry a handgun from the Maryland State Police. The police's Licensing Division informed me that I could not possess a firearm in Maryland, owing to my Virginia conviction, unless I were to obtain a full pardon from Virginia's governor. The State of Maryland does not offer me any procedure by which I might regain my firearm rights in Maryland. Defendant Frosh's office subsequently confirmed this position.

15.     I refrain from obtaining a firearm only because I reasonably fear arrest, prosecution, incarceration and fine, under Md. Pub. Safety Code Ann. §§ 5-133(b)(1), 5-144, 5-205(b)(1), instigated and directed by Defendants, should I follow through with my plan to obtain any firearm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2015.

James Hamilton