ROCKBRIDGE COUNTY CIRCUIT COURT
Commonwealth of Virginia
County of Rockbridge
City of Lexington
Town of Glasgow
Town of Goshen

Filing Date  2-6-06
Case# _____
Felony  6
Misd. _____

V.

Hamilton, James Paul         SS# _____

## Statement of Fine and/or Costs

**STATE**
- #107 DOAF Felony _____
- #110 Fine _____
- #113 DUI Fee _____
  - Transcript _____
  - Witness Mileage: _____
  - Psych. Eval. _____
  - Extradition: _____
  - ½ DNA Fee  12.50
  - Ignition Interlock _____
  - Lab Fee:(misd) _____
- #120 Ct. Appt. Atty: _____
  - Gen. Dist. _____
  - Circuit-Felony _____
  - Circuit-Misd. _____
- #121 Fail to Appear _____
- #133 Blood Test Fee _____
- #134 Game Replace. _____
- #137 Installment fee _____
- #181 Jury Costs _____
  - Jury Meals _____
- #192 Trauma Ctr. Fund _____

**COUNTY / CITY / TOWN**
- #201 Fine _____
- #233 ½ DNA Fee  12.50
- #234 Jail Admission  25-
- #244 CHSF  30- 15-
- #260 Glasgow Fine _____
- #270 City Fine _____

**FIXED FEES**
- #450 Fix Felony Fee  2100- 1050-
- #451 Fix Felony Rev. _____
- #452 Felony Reduced _____
- #453 Fel. Rev. reduced
  to Misdemeanor _____

#460 Dist Appl Fee TI _____
#461 Dist Appl Fee Misd. _____
#462 Dist Appl Fee Drug _____

#470 Fix Misd. Fee _____
#471 Fix Drug Misd. Fee _____
#472 Fix Misd. Rev. Fee _____

TOTAL:  1090.00

#520 Restitution  $1,247.90

INDIVIDUAL ACCT # CR06 000104-109-00

Payment Plan Entered:
  Deferred _____
  Installment _____

Paid In Full:  04/19/12 Released 04/20/12

Receipt #  #12 00000 3019

Voucher # _____

Date of Judgment  11/6/06

Docket #  715-06

Remarks:
11/7/06 costs & restitution due on
April 6, 2008. 28
CR06 000104, 107 & 109-00 were N.P.

EFFECTIVE 07/1/04
Updated 09/04

TRUE COPY OF A RECORD
ON FILE IN THIS OFFICE
TESTE:
D. BRUCE PATTERSON, CLERK
BY: _____, DC
ROCKBRIDGE COUNTY CIRCUIT COURT

VIRGINIA
IN THE CIRCUIT COURT OF ROCKBRIDGE COUNTY          FIPS CODE: 163

Hearing Date: November 6, 2006
Judge:        Michael S. Irvine

COMMONWEALTH OF VIRGINIA

v.

JAMES PAUL HAMILTON
Alias:                          SSN:                        Sex:  Male
                                D.O.B.:                     Race: Black

| CASE NUMBER | OFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA CODE / VCC |
|---|---|---|---|
| CR06000105-00 | Credit Card Fraud (F) | 03/13/2005 | 18.2-195 FRD-2635-F6 |
| CR06000106-00 | Credit Card Theft (F) | 03/13/2005 | 18.2-192 FRD-2360-F9 |
| CR06000108-00 | Credit Card Forgery (F) | 03/13/2005 | 18.2-193(1)(a) FRD-2512-F5 |

## SENTENCING ORDER

Attorney for the Commonwealth:   Robert N. Joyce, Jr.
Attorney for the Defendant:      Eric L. Sisler

The defendant was present and represented by counsel. The defendant was arraigned and, after private consultation with and being advised by his counsel, pleaded guilty to the Indictments, which pleas were tendered by the accused in person.

The Court was advised that there was a Plea Agreement in these cases and the Agreement was presented to the Court and filed. The Court made inquiry of the accused in the manner provided in Part 3A, Rules of the Supreme Court of Virginia, and did determine that the accused fully understood the nature and effect of his pleas, the penalties that could be imposed upon his conviction, the waiver of trial by jury and appeal, and did further determine that the pleas were voluntarily and intelligently given after the advice of counsel.

And having heard all the evidence presented, the Court accepted the Plea Agreement and the pleas of the defendant and finds the accused guilty of credit card fraud, credit card theft and credit card forgery, as charged in the Indictments. The defendant, by counsel waived his right to a pre-sentence report on these charges.

Pursuant to the provisions of §19.2-298.01, the Court has considered the applicable discretionary sentencing guidelines and the guidelines worksheets, which are ordered filed as part of the record in this case.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court **SENTENCED** the defendant to incarceration with the Virginia Department of Corrections for the term of four (4) years on each count, which sentences are to run concurrently. The total sentence imposed was four (4) years.

This sentence shall run consecutively with any other sentences imposed.

The Court **SUSPENDED** this sentence upon the following conditions:

**Good Behavior.** The defendant shall be of good behavior for four (4) years from this date.

**Supervised Probation.** The defendant is placed on probation under the supervision of a Probation Officer for four (4) years, or unless sooner released by the Court or by the probation officer. The defendant shall comply with all the rules and requirements set by the probation officer and shall remain drug free.

**Restitution.** The defendant shall pay restitution in the amount of $1,247.90 jointly and severally with Lakesha Dunn, as indicated in the Restitution Memorandum filed in this case.

**Costs.** The defendant shall pay the costs of these proceedings and restitution at a rate of $150.00 per month, beginning December 1, 2006 and on the first of every month thereafter.

**Credit for Time Served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to §53.1-187.

**Right to Appeal.** The defendant was advised of his right to appeal the decision in this case. At all times during the trial the defendant was personally present and his attorney was likewise personally present and ably and capably represented the defendant.

**SENTENCING SUMMARY:**

TOTAL SENTENCE IMPOSED:       4 Years

TOTAL SENTENCE SUSPENDED:     4 Years

_____
JUDGE

ENTERED: NOVEMBER 6, 2006

TRUE COPY OF A RECORD
ON FILE IN THIS OFFICE
TESTE:
BRUCE PATTERSON, CLERK
BY: _____, DC
ROCKBRIDGE COUNTY CIRCUIT COURT