

# COMMONWEALTH of VIRGINIA
### Office of the Governor

Janet Vestal Kelly
Secretary of the Commonwealth

# ***Restoration of Rights***

I am pleased to inform you that Governor Robert F. McDonnell has granted your restoration of civil rights. The accompanying order will serve as official documentation of Governor McDonnell's decision on your behalf, so it should be kept with your most important papers.

Governor McDonnell's action on your behalf removes all political disabilities imposed as the result of your felony conviction(s) except the right to ship, transport, possess or receive firearms, which must be restored in accordance with Va. Code §18.2-308.2. You now may register to vote (using the enclosed application or another method of registering), become a notary public, serve on a jury, or hold public office.

Governor McDonnell and I welcome your full and enthusiastic civic participation in your locality, the Commonwealth of Virginia and the United States.

Sincerely,

*Janet Vestal Kelly*

Janet V. Kelly
Secretary of the Commonwealth

Patrick Henry Building • 1111 East Broad Street • Richmond, Virginia 23219 • (804) 786-2441 • TTY (800) 828-1120
socmail@governor.virginia.gov



# COMMONWEALTH of VIRGINIA

Executive Department

TO ALL TO WHOM THESE PRESENTS SHALL COME --- GREETINGS:

   WHEREAS, **James Paul Hamilton**, after being convicted and sentenced for crime(s) at the dated hearing(s) held in and for the city or county court(s) noted below;

<u>**County of Rockbridge Circuit Court**</u>
**November 6, 2006** Credit Card Fraud, Credit Card Forgery, Credit Card Theft

   WHEREAS, **James Paul Hamilton**, by reason of conviction(s), suffers political disabilities, to wit: denial of the right to vote, to hold public office, to serve on a jury, to be a notary public and to ship, transport, possess or receive firearms; and

   WHEREAS, it appears that all sentence obligations have been fulfilled and it seems appropriate to the Executive to remove certain of his political disabilities by restoring his right to vote, hold public office, serve on a jury, and to be a notary public;

   NOW, THEREFORE, I, Robert F. McDonnell, Governor of the Commonwealth of Virginia, by virtue of the authority vested in me, do hereby remove the political disabilities, except the right to ship, transport, possess or receive firearms, under which he labors by reason his conviction(s) as aforesaid, and do hereby restore his rights to vote, hold public office, serve on a jury, and to be a notary public.

Given under my hand and under the Lesser Seal of the Commonwealth at Richmond, on November 20, 2013 in the 238th year of the Commonwealth.

_____
**Governor of Virginia**

*Janet Vestal Kelly*
**Secretary of the Commonwealth**