**VIRGINIA:**

IN THE CIRCUIT COURT FOR SPOTSYLVANIA COUNTY

IN RE: JAMES PAUL HAMILTON         CL 14-391

<u>REQUEST FOR RESTORATION OF FIREARM RIGHTS PURSUANT TO
SECTION 18.2-308.2 CODE OF VIRGINIA</u>

CAME THIS DAY, the petitioner, James Paul Hamilton, by counsel, seeking restoration of his rights to possess firearms under Section 18.2-308.2 Code of Virginia. Having considered evidence presented by the petitioner along with papers and exhibits already filed, the Court finds that the petitioner has met the requirements of Section 18.2-308.2 Code of Virginia and it is therefore;

ORDERED that the rights to possess firearms are hereby restored to Petitioner, James Paul Hamilton.

Entered this 22ND day of april, 2014

_____
Judge,

I ASK FOR THIS

_____
Darren Meyer
SMKC, PLC
1671 Jefferson Davis Hwy., Suite 201
Fredericksburg, Va 22401
(540) 372-4046
Fax: (540) 372-9807

SEEN AND AGREED

_____
Commonwealth Attorney
Spotsylvania County Commonwealth Attorney's Office

cy CA
Meyer
State Police
4-23-14

A COPY TESTE
Christopher Jett, Clerk
By: _____ Deputy Clerk

**SPENCER,
MAYORAS,
KOCH,
CORNICK &
MEYER**
Attorneys at Law
1671 Jefferson Davis Hwy
Suite 201
Fredericksburg, VA 22401
O. (540) 372-4046
F. (540) 372-9807
www.smkclaw.com