## Private Security Services Registration

RE-0136922

Name: James P Hamilton
DCJS ID: 99311924
Issue Date: 10/07/2014
Expiration Date: 10/31/2016
Firearms Expires: 10/31/2015

Issued by Department of Criminal
Justice Services

**Categories**
RE01 Armed Security Officer
RE11 Unarmed Security Officer
RE31 Alarm Respondent

**Firearms Categories**
RE07 Handgun
RE08 Shotgun

**Firearms Expiration**
10/31/2015

# Commonwealth of Virginia



**Department of Criminal Justice Services**

certifies that

James P Hamilton

has satisfied the certification requirements for

**Private Security Services Instructor**

To provide training for:
IN01 Security Officer Core Subjects, IN05 Armed Security Officer Arrest Authority, IN07 Firearms, IN75 Intermediate Firearms

| IN-1000002 | 07/31/2017 | Teresa Gooch |
|---|---|---|
| License ID # | Expiration Date | Director, Law Enforcement & Security Services |