IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, ) | Case. No. 1:15-CV-2142-JKB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM L. PALLOZZI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER

This matter came before the Court on Plaintiff's motion for summary judgment.

Upon consideration of the record, the Court finds that there is no genuine dispute as to any material issue of fact, and Plaintiff is entitled to judgment as a matter of law. Accordingly, the motion is GRANTED.

The Court hereby declares that application of Md. Pub. Safety Code Ann. §§ 5-133(b)(1), 5-144, and 5-205(b)(1) against James Hamilton, on account of his November 6, 2006, Virginia convictions, violates the Second and Fourteenth Amendments to the United States Constitution;

Accordingly, the Defendants, William L. Pallozzi, Brian Frosh, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are hereby PERMANENTLY ENJOINED from enforcing Md. Pub. Safety Code Ann. §§ 5-133(b)(1), 5-144, and 5-205(b)(1) against James Hamilton, on account of his November 6, 2006, Virginia convictions.

SO ORDERED.

This the ___ day of _____, 2015

                                                                                                 _____
                                                                                                 The Hon. James K. Bredar
                                                                                                 United States District Judge