IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES HAMILTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:15-CV-2142-JKB |
| WILLIAM L. PALLOZZI, et. al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants William L. Pallozzi, Secretary of the Maryland Department of State Police, and Brian E. Frosh, Attorney General of Maryland State of Maryland, by their attorney, Mark H. Bowen, Assistant Attorney General, move, pursuant to Fed.R.Civ.P. 6(b)(1), for an extension of time to and including December 4, 2015 to file a response to Plaintiff's Motion for Summary Judgment for the following reasons:

1. Defendants' Response is currently due on November 12, 2015.

2. Undersigned counsel did not receive notice that Plaintiff's Motion for Summary Judgment (or Plaintiff's Opposition to Defendant's Motion to Dismiss) had been filed. Undersigned counsel only learned of the filing of the Motion for Summary Judgment when he checked the court's docket today. Upon contacting the Court's helpdesk, undersigned counsel was informed by Ms. Karen Moyer, that no email notifications had been sent to undersigned counsel. That status has since been corrected. Additional time is required for Defendants to prepare and submit their response to Plaintiff's Motion for Summary Judgment.

3. Undersigned counsel contacted Plaintiff's counsel, Alan Gura, Esq. and Cary J. Hansel, Esq. via email who agreed to consent to the extension of time until December 4, 2015.

4. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendants to file a response to Plaintiff's Motion for Summary Judgment on or before December 4, 2015.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

_____/s/_____
MARK H. BOWEN (Fed. Bar # 10197)
Assistant Attorney General
1201 Reisterstown Road
Baltimore, Maryland 21208
410-653-4226 (tel.); 410-653-4270 (fax)
mark.bowen@maryland.gov

*Counsel for Defendants*