IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES HAMILTON, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:15-CV-2142-JKB |
| WILLIAM L. PALLOZZI, et. al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the foregoing Consent Motion for Extension of Time, it is this ____ day of _____, 2015, by the United States District Court for the District of Maryland,

ORDERED, that the time for Defendants William L. Pallozzi and Brian E. Frosh to file a response to the Complaint is hereby extended to and including December 4, 2015.

_____
JAMES K. BREDAR
United States District Judge