IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| **JAMES HAMILTON** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Case No.  JKB 15-2142 |
| **WILLIAM L. PALLOZZI, et al.** | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DECLARATION OF CAPTAIN ADAM STACHURSKI**

I, Captain Adam Stachurski, being over 18 years of age and competent to testify, hereby declare as follows:

1. I am the Commander of the Licensing Division of the Maryland State Police ("MSP").  The Licensing Division is responsible for the processing of applications for handgun carry permits and handgun qualification licenses, as well as applications to sell, rent or transfer regulated firearms in Maryland.

2. The Licensing Division has no record of an application having been submitted by James Hamilton of District Heights, Maryland to obtain either a handgun carry permit or a handgun qualification license.

3. The Licensing Division has no record of any communication between Division personnel and James Hamilton of District Heights, Maryland concerning his eligibility to

obtain a handgun carry permit, a handgun qualification license or to purchase a regulated firearm.

    I declare under penalty of perjury that the foregoing is true and correct.

_____<br>Captain Adam Stachurski

Executed on this ___1st___ day of December, 2015.