IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, | ) Case. No. 1:15-CV-2142-JKB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM L. PALLOZZI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address of Plaintiff's counsel, Alan Gura, has changed. The new address is:

Alan Gura
Gura & Possessky, PLLC
916 Prince Street, Suite 107
Alexandria, VA 22314

All other contact information remain unchanged.

Dated: December 11, 2015                    Respectfully submitted,

By: /s/ Alan Gura                           By: /s/ Cary J. Hansel
    Alan Gura*                                  Cary J. Hansel
    Gura & Possessky, PLLC                      Hansel Law, P.C.
    916 Prince Street, Suite 107                2514 N. Charles Street
    Alexandria, VA 22314                        Baltimore, MD 21218
    703.835.9085/Fax 703.997.7665               301.461.1040/Fax 443.451.8606
    alan@gurapossessky.com                      cary@hansellaw.com

    *Admitted pro hac vice                      Attorneys for Plaintiff