IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, | ) Case. No. 1:15-CV-2142-JKB |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM L. PALLOZZI, et al., | ) |
| Defendants. | ) |

CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff James Hamilton respectfully moves, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time to and including January 19, 2016, to file a Reply to Defendants' Opposition to Plaintiff's Motion for Summary Judgment for the following reasons:

1. With Defendants' extension to oppose Plaintiff's summary judgment motion from November 12 to December 4, 2015, Plaintiff's reply is now set as due December 21, 2015. This happens to be an unusually busy time, with numerous long-planned personal and professional commitments.

2. For the first week following receipt of Defendants' pleading, undersigned counsel, Alan Gura, has been engaged in completing the appellants' opening brief in *Defense Distributed* v. *U.S. Dep't of State*, Fifth Circuit No. 15-50759. Counsel is now in the midst of moving his office, but by December 21, 2015, will be in South America on a long-planned visit with family. Upon his return to the United States, counsel will have to prepare and travel to New Orleans for argument, on January 6, 2016, in *Mance* v. *Holder*, Fifth Circuit No. 15-10311. On January 11, 2016, counsel is set to file an opposition to a motion to dismiss, and cross-motion for summary judgment, in *Baginski*

1

v. *Lynch*, D.D.C. No. 15-CV-1225, and is then scheduled to speak at the law schools at Brigham Young University and the University of Utah on January 13 and 14, 2016.

  3. On December 4, 2015, counsel for Defendants, Mark Bowen, graciously agreed via email to this requested extension.

  4. This Motion is not made for purposes of delay.

Wherefore, Plaintiff respectfully requests that he be granted leave until January 19, 2016, to file a reply to Defendants' opposition to the motion for summary judgment.

Dated: December 11, 2015      Respectfully submitted,

| By: /s/ Alan Gura | By: /s/ Cary J. Hansel |
|---|---|
| Alan Gura* | Cary J. Hansel |
| Gura & Possessky, PLLC | Hansel Law, P.C. |
| 916 Prince Street, Suite 107 | 2514 N. Charles Street |
| Alexandria, VA 22314 | Baltimore, MD 21218 |
| 703.835.9085/Fax 703.997.7665 | 301.461.1040/Fax 443.451.8606 |
| alan@gurapossessky.com | cary@hansellaw.com |
| | |
| *Admitted pro hac vice | Attorneys for Plaintiff |