# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES HAMILTON,** | * | |
| **Plaintiff** | * | |
| v. | * | **CIVIL NO. JKB-15-2142** |
| **WILLIAM L. PALLOZZI,** *et al.*, | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum, it is ORDERED:

1. The Motion for Summary Judgment filed by Plaintiff James Hamilton (ECF No. 11) is DENIED;

2. The Motion to Dismiss filed by Defendants William L. Pallozzi and Brian E. Frosh (ECF No. 7) is GRANTED;

3. Plaintiff's claim for relief pursuant to 42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE; and

4. The Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 18th day of February, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge