IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES HAMILTON, | ) Case. No. 1:15-CV-2142-JKB |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM L. PALLOZZI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff James Hamilton hereby appeals to the United States

Court of Appeals for the Fourth Circuit from the Court's memorandum and order entered February

18, 2016, granting Defendants' motion to dismiss, denying Plaintiff's motion for summary

judgment, and dismissing Plaintiff's case [ECF 19, 20].

Dated: February 29, 2016                    Respectfully submitted,

By: /s/ Alan Gura                           By: /s/ Cary J. Hansel
    Alan Gura*                                   Cary J. Hansel
    Gura & Possessky, PLLC                       Hansel Law, P.C.
    916 Prince Street, Suite 107                 2514 N. Charles Street
    Alexandria, VA 22314                         Baltimore, MD 21218
    703.835.9085/Fax 703.997.7665               301.461.1040/Fax 443.451.8606
    alan@gurapossessky.com                       cary@hansellaw.com


    *Admitted pro hac vice                       Attorneys for Plaintiff