FILED: March 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1222
(1:15-cv-02142-JKB)

_____

JAMES HAMILTON

      Plaintiff - Appellant

v.

WILLIAM L. PALLOZZI, Superintendent of the Maryland State Police; BRIAN E. FROSH, Attorney General of Maryland

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-02142-JKB |
| Date notice of appeal filed in originating court: | 02/29/2016 |
| Appellant (s) | James Hamilton |
| Appellate Case Number | 16-1222 |
| Case Manager | Karen Stump<br>804-916-2702 |